SHOWA LAW OFFICE, LLLC

ANDREW DAISUKE STEWART  7810-0
735 Bishop Street, Suite 318
Honolulu, Hawaii 96813
Tel. (808) 772-9297
Attorney for Movant
CHELSEA CRESPO

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 20-00612 |
|  | ) |  |
| DEVOHN ASHLEY DETWILER | ) | MOTION TO REOPEN CASE |
|  | ) | AND FOR DECLARATORY |
|  | ) | RELIEF FOR RELIEF FROM |
|  | ) | DISHCARGE AND STAY; |
|  | ) | MEMORANDUM IN SUPPORT; |
|  | ) | DECLARATION OF COUNSEL; |
|  | ) | EXHIBITS "A" THROUGH "E" |
|  | ) |  |

MOTION TO REOPEN CASE AND FOR DECLARATORY RELIEF FOR
RELIEF FROM DISHCARGE AND STAY

COMES NOW, CHELSEA CRESPO (hereinafter "Movant'), by and through her attorney, SHOWA LAW OFFICE, LLLC, and hereby moves the Court to reopen the above-captioned bankruptcy case in order to issue a declaratory judgment determining the dischargeability of Movant's claims against Debtor set forth in that certain civil action filed in *Chelsea Crespo*

1

*v. Devohn A. Detwiler, et. al.*, Civil No. 1CCV-20-0001656 in the Circuit Court of the First Circuit, State of Hawaii on December 20, 2020.

This Motion is brought pursuant to 11 U.S.C. Section 350 et. seq., 11 U.S.C. Section 523 et. seq., 11 U.S.C. Section 727, et seq., Rule 4007 of the Federal Rules of Bankruptcy Procedure

DATED: Honolulu, Hawaii, June 24, 2021.

*/s/ Andrew Daisuke Stewart*

_____
ANDREW DAISUKE STEWART
SHOWA LAW OFFICE, LLLC

Attorney for Movant
CHELSEA CRESPO